UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ROBERTO CARTAGENA,

               Defendant.

**ORDER**

24 Cr. 516 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference previously scheduled for December 17, 2024, is rescheduled to **October 30, 2024, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         October 24, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge