UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERTO CARTAGENA,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 516 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

This case will proceed to trial on **June 9, 2025, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. Defense motions are due by **March 17, 2025.**

2. Motions in limine, proposed voir dire, and requests to charge are due by **May 9, 2025.**

3. Responsive papers are due by **May 16, 2025.**

Dated:  New York, New York
        February 5, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge