UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERTO CARTAGENA,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 516 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        This bribery and extortion case is scheduled for trial on June 9, 2025. Defendant Roberto Cartagena has moved to suppress identification evidence arising out of a photo array the Government showed to New York City Housing Authority ("NYCHA") contractors who are expected to be called as witnesses at trial. In the alternative, Defendant seeks an evidentiary hearing as to whether the identification procedures utilized by the Government were unduly suggestive, and taint the reliability of any identification of Defendant at trial. (Def. Mot. (Dkt. No. 39))

        In opposing Defendant's motion, the Government has submitted a brief that makes a number of factual assertions as to the identification procedures that were used. (See Govt. Opp. (Dkt. No. 46) at 33-38) The facts asserted by the Government in its brief must be supported by affidavits or declarations from someone who has personal knowledge of the identification procedures that were used in connection with the NYCHA contractors the Government expects to call at trial.

The Government will submit the necessary affidavits or declarations by **April 24, 2025.**

Dated: New York, New York
April 17, 2025

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge