# VRC | VLADECK RASKIN CLARK P.C.

Susan J. Walsh
212-403-7348 (o)
636-398-1514 (m)
swalsh@vladeck.com

May 14, 2025

**MEMO ENDORSED**

*The application is denied.*

The Honorable Pual G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**SO ORDERED:**

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: May 14, 2025

Re: *United States v. Roberto Cartagena*, 24 Cr 516 (PGG)

Dear Judge Gardephe:

We write with the consent of the Government to respectfully request that Roberto Cartagena be excused from the conference scheduled for this Thursday, May 15, 2025 at 3:00 pm. Mr. Cartagena is aware of the legal argument and is prepared to waive his appearance.

Sincerely,

/s/ Susan J. Walsh
Norman Reimer
Attorneys for Roberto Cartagena

Cc:   Jacob R. Fiddelman, AUSA (By Email and ECF)
    Benjamin M. Buckett, AUSA (By Email and ECF)
    Justin Horton, AUSA (By Email and ECF)

---

VLADECK, RASKIN & CLARK, P.C.  |  111 BROADWAY, SUITE 1505, NEW YORK, NY 10006