

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 28, 2025

**BY ECF**
The Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***United States v. Roberto Cartagena*, 24 Cr. 516 (PGG)**

Dear Judge Gardephe:

    It has come to the Government's attention that the Records Management Department of the Office of the Clerk of Court has received certain materials in response to a Court subpoena issued in connection with the trial scheduled in the above-referenced matter. A representative from the Records Management Department has informed the Government that, although the Records Management Department will permit the parties to visit their offices, physically examine these materials, and take notes regarding their contents, the Records Management Department will not permit the parties to make copies of these materials absent a court order. The Government understands these particular records to be voluminous, as they include call detail records and subscriber information provided by a cellphone service provider.

[Continued on next page]

**SO ORDERED:**

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: May 28, 2025

Case 1:24-cr-00516-PGG   Document 80   Filed 05/28/25   Page 2 of 2
Case 1:24-cr-00516-PGG   Document 79   Filed 05/28/25   Page 2 of 2

Page 2

Accordingly, the Government requests that the Court issue an order permitting the parties to access and make copies of materials provided to the Office of the Clerk of Court, including that Office's Records Management Department, in response to trial subpoenas issued in the above-referenced case.[1] Such an order is appropriate because, if the parties are unable to obtain copies of these materials prior to trial, the parties will be unable to timely mark any of the materials as exhibits, share any such exhibits with one another, and meaningfully review and analyze these materials in preparing for trial.

Very truly yours,

JAY CLAYTON
United States Attorney

by:  ___/s/_____
     Benjamin M. Burkett
     Justin Horton
     Jacob R. Fiddelman
     Assistant United States Attorneys
     (212) 637-2455 / 2276

CC: Counsel of Record

---

[1] The Government will produce to the defense copies of any materials that it obtains in this manner, consistent with the Government's disclosure obligations.