UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ROBERTO CARTAGENA, | 24 Cr. 516 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      A conference in this matter will be held on **June 12, 2025, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        June 5, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge