

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 11, 2025

**MEMO ENDORSED**
The Application is granted. The conference is adjourned to June 18, 2025 at 11:30 A.M.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: June 11, 2025

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Roberto Cartagena*, 24 Cr. 516 (PGG)

Dear Judge Gardephe:

The Government writes to respectfully request a brief adjournment of both the upcoming June 12, 2025, status conference in this matter and the parties' deadline of the same date to file an update letter. The Government has been engaged in discussions with the defense about how to proceed, including the possibility of a pretrial disposition. Those discussions are ongoing, and it would benefit the parties to have an additional week before reporting back to the Court.

Accordingly, the Government respectfully requests that the June 12 status conference and the parties' deadline to file an update letter be adjourned to Wednesday, June 18. The defense consents to this request and asks that the rescheduled status conference occur early in the day, if possible, to permit the defendant to go to work after the conference.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  \_\_\_\_/s/_____
Benjamin M. Burkett
Justin Horton
Jacob R. Fiddelman
Assistant United States Attorneys
(212) 637-2455 / 2276

cc:   Counsel of Record