# VRC | VLADECK RASKIN CLARK P.C.

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

June 17, 2025

Hon. Paul G. Gardephe
United States District Court Judge
United States District Court for the SDNY
40 Foley Square
New York, New York 10007

Re:    *United States v. Roberto Cartagena*, 24 Cr 516 (PGG)

Dear Judge Gardephe:

I write this letter to respectfully request that the hearing scheduled for tomorrow June 18, 2025 at 11:30 am be adjourned on consent until the morning of Tuesday, June 24, 2025.

The defense respectfully requests that the hearing be scheduled as early as possible on the morning of June 24th to accommodate Mr. Cartagena's employment and also at the Court's convenience.

I have conferred with the Government and confirmed that the adjournment until Tuesday, June 24, 2025 is acceptable and that the Government will be available. Speedy trial has been excluded through August 11, 2025 at the last hearing.

Thank you for your time and consideration of this request.

Respectfully submitted,

Susan J. Walsh
Attorney for Cartagena

**MEMO ENDORSED**

The Application is granted. The Conference is adjourned to June 24, 2025 at 9:30 A.M.

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 17, 2025

VLADECK, RASKIN & CLARK, P.C.  |  111 BROADWAY, SUITE 1505, NEW YORK, NY 10006