UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERTO CARTAGENA,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 516 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to submit a letter by **June 20, 2025**, identifying the elements of the offense charged in the Superseding Misdemeanor Information, and to explain the Government's theory as to how the Defendant acted with the intent to defraud the U.S. Department of Housing and Urban Development, or to unlawfully defeat the U.S. Department of Housing and Urban Development's purposes. See 18 U.S.C. § 1012. Any relevant HUD regulations or policies should be brought to the Court's attention.

Dated: New York, New York
       June 18, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge