UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERTO CARTAGENA,

Defendant.

**SUPERSEDING MISDEMEANOR INFORMATION**

S1 24 Cr. 516 (PGG)

**COUNT ONE**
**(U.S. Department of Housing and Urban Development Fraud)**

The United States Attorney charges:

1. From at least in or about 2018 through at least in or about 2022, in the Southern District of New York and elsewhere, ROBERTO CARTAGENA, the defendant, received compensation, a rebate, and a reward with intent to defraud the U.S. Department of Housing and Urban Development ("HUD") and with intent unlawfully to defeat HUD's purposes, to wit, ROBERTO CARTAGENA, with intent unlawfully to defeat HUD's purposes, solicited and accepted a total of at least approximately $15,800 in bribes in exchange for arranging for certain contractors to receive no-bid contracts from the New York City Housing Authority—an agency which received a substantial portion of its funding from HUD—worth a total of at least approximately $160,000.

(Title 18, United States Code, Section 1012.)

_____
JAY CLAYTON
United States Attorney