UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROBERTO CARTAGENA,

                Defendant.

**ORDER**

24 Cr. 516 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Roberto Cartagena's bail conditions are modified as follows:

1. the Defendant's travel restrictions are extended to the District of Connecticut and the State of Pennsylvania.

All other conditions of the Defendant's pretrial release remain in effect.

Dated:  New York, New York
         June 24, 2025

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge