

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

June 24, 2025

**By Email and ECF**

Hon. Paul Gardephe
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   *United States v. Roberto Cartegena,* 24 Cr 512 (PGG)

Dear Judge Gardephe:

I write to respectfully request that the sentencing hearing of October 15, 2205 at 3 pm be advanced to an earlier time to accommodate my client's work schedule.   I apologize that I failed to raise the issue at the hearing this morning, but as the Court may recall Mr. Cartagena has secured full time employment since losing his position at NYCHA.

His work requires him to be present at his place of employment by 1:00 pm.  Accordingly, I write to request that the sentencing hearing scheduled for 3:00 pm be rescheduled for an earlier morning appearance that day or another day at the convenience of the Court.

The Government does not object to this request.

Respectfully submitted,

/s/ Susan J. Walsh
Norman L. Reimer
Vladeck, Raskin & Clark, PC
Attorneys for Defendant

cc:   Justin Horton, AUSA  (by email and ECF)
      Benjamin Burkett, AUSA (by email and ECF)