# VRC

**VLADECK
RASKIN
CLARK P.C.**

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

August 26, 2025

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated:  August 26, 2025

Hon. Paul G. Gardephe
United States District Court Judge
United States District Court for the SDNY
40 Foley Square
New York, New York 10007

Re:    *United States v. Roberto Cartagena*, 24 Cr 516 (PGG)

Dear Judge Gardephe:

I write this letter to respectfully request an additional week to comment or object to the draft presentencing report.  The Government and Probation Officer Flemen both consent to the request.

The defense objections are due tomorrow, August 27, 2025 and due to the press of other business and scheduling conflicts, the defense respectfully requests an additional week to comment on the draft report.

We will endeavor to have our comments and objections to Probation on or before Wednesday, September 3, 2025.

Thank you for your time and consideration of this request.
.

Respectfully submitted,

*Susan J. Walsh*
Attorney for Cartagena

cc: Justin Horton, AUSA (By Email)
    Robert Flement, PO (By Email)