**VRC** | **VLADECK RASKIN CLARK P.C.**

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

October 20, 2025

By Email and ECF

Hon. Paul G. Gardephe
United States District Court Judge
United States District Court for the SDNY
40 Foley Square
New York, New York 10007

     Re: *United States v. Roberto Cartagena*, 24 Cr 516 (PGG)

Dear Judge Gardephe:

  I write this letter to respectfully request an amendment to the Protective Order entered by this Court on October 24, 2024 at ECF Dkt No. 31 in this matter. The Government consents to this request.

  The request is to amend the Protective Order to permit defense counsel to use the materials in the above captioned matter in the defense of another action as well; specifically in defending the matter before Judge Vernon Broderick captioned, *United States v. Tuesdai Gaskin*, 24 Cr 363 (VSB).

  Should the Court be inclined to grant the requested amendment, we request that the Court endorse this letter accordingly.

  Thank you for your time and consideration of this request.
.

            Respectfully submitted,

            /s/ *Susan J. Walsh*
            Norman L. Reimer

cc: Justin Horton, AUSA (By Email and ECF)
  Jacob Fiddleman, AUSA
   Catherine Ghosh, AUSA
    Jerry Fang, AUSA

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Dated: October 20, 2025