UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ROBERTO CARTAGENA, | 24 Cr. 516 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

By **November 14, 2025**, the parties will make submissions addressing (1) the language to be included in the judgment concerning the 30 days' imprisonment imposed by the Court – to be served on weekends; and (2) the logistics of weekend incarceration. Defendant's submission will also include a proposed surrender date and any request as to designation.

Dated: New York, New York
       October 28, 2025

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge