UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERTO CARTAGENA,

                Defendant.

**ORDER**

24 Cr. 516 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The re-sentencing of Defendant Cartagena will take place on **December 12, 2025, at 2:00 p.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 24, 2025

SO ORDERED.

*Paul S. Gardephe*

_____
Paul G. Gardephe
United States District Judge