UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

    v.

ROBERTO CARTAGENA,

        Defendant.

_____

[Consent] [█████████]
**Order of Restitution**

S1 24 Cr. 516 (PGG)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Benjamin M. Burkett, Justin Horton, and Jacob R. Fiddelman, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Superseding Information (the "Information"); and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

ROBERTO CARTAGENA, the defendant, shall pay restitution in the total amount of $15,800, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to the New York City Housing Authority, Revenue and Receivable Division, ATT: Billing Section, 90 Church Street 6th Floor, New York, New York, 10007, the victim of the offense charged in Count One. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Restitution is not joint and several with other defendants or with others not named herein.

2025.02.20

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____        10/28/05
Benjamin M. Burkett / Justin Horton /        DATE
Jacob R. Fiddelman
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-2455

ROBERTO CARTAGENA

By: _____        10/28/25
Roberto Cartagena                            DATE

By: _____        10/28/25
Susan J. Walsh / Norman L. Reimer            DATE
Vladeck, Raskin & Clark, PC
111 Broadway, Suite 1505
New York, NY 10006
Tel: 212-403-7348

SO ORDERED:

_____        Oct. 28, 2025
HONORABLE PAUL G. GARDEPHE              DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                              4